**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patricia Ann SAVVA, Defendant–Appellant.**

No. 04–6815.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2004.

Decided: Nov. 29, 2004.

Patricia Ann Savva, Appellant pro se.

Peter W. Kellen, Special Agent, Frank DeArmon Whitney, United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Ann Savva appeals the district court's order denying her post-conviction motion for return of property under Fed. R.Crim.P. 41(g). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Savva,* No. CR–02–280–2 (E.D.N.C. April 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*